UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 1

| |
|---|
| WOBBLEWORKS (HK) LIMITED,<br><br>                           Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                           Defendant. |

**S U M M O N S**

Court No. 24-00058

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 2704; 4601 | Center (if known): | CEE010 |
|---|---|---|---|
| Protest Number: | 270424169458 | Date Protest Filed: | February 23, 2024 |
| Importer: | WOBBLEWORKS (HK) LIMITED | Date Protest Denied: | March 1, 2024 |
| Category of Merchandise: | 3D Pen Sets | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| SCS-6867141-4 | 03/09/2023 | 02/02/2024 | | | |
| SCS-7042930-6 | 03/17/2023 | 02/09/2024 | | | |
| SCS-6950360-8 | 03/18/2023 | 02/09/2024 | | | |
| | | | | | |

ALENA A. ECKHARDT, ESQ.
NAKACHI ECKHARDT & JACOBSON, P.C.
50 CALIFORNIA ST SUITE 1500
SAN FRANCISCO, CA 94111
415-498--0070; alena@tradelawcounsel.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| 3D Pen Sets | 8477.80.0000 and 9903.88.01 | 3.1% 25% | 9503.00.0090 or 8467.29.0090 or 8516.79.0000 | free/free free/7.5% 2.7%/free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

"Protest No. 270424169458 filed at Port 2704 has been Denied for the following reasons: GRI 1, the Create Pen Set is properly classified under heading 8477, HTSUS. Specifically, it is classified under subheading 8477.80.00, HTSUS, which provides for Machinery for working rubber or plastics or for the manufacture of products from these materials, not specified or included elsewhere in this chapter; parts thereof: Other machinery... The general column one rate of duty, for merchandise classified in this subheading is 3.1%."

The issue which was common to all such denied protests:

The importer claims that the subject merchandise should have been classified in heading 9503, HTSUS, or, alternatively, in headings 8467 or 8516, HTSUS, and that refunds and accrued interest are owed.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

Alena A. Eckhardt    *Digitally signed by Alena A. Eckhardt*
                     *Date: 2024.03.06 13:48:14 -08'00'*
_____
*Signature of Plaintiff's Attorney*

03.06.24
_____
*Date*

## SCHEDULE OF PROTESTS

CEE008

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270424169458 | 02/23/24 | 03/01/2024 | 6867141-4<br>7042930-6<br>6950360-8 | 03/09/2023<br>03/17/2023<br>03/18/2023 | 02/02/2024<br>02/02/2024<br>02/02/2024 | 2704<br>4601<br>2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)